JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>       Plaintiff,<br><br>v.<br><br>TWO-FOLD, INC. D/B/A COACHCRAFT; GARY R. POTTER, AS TRUSTEE OF THE GARY R. POTTER TRUST; and DOES 1 to 10,<br><br>       Defendants. | Case No. 2:25-cv-01401-AB-SK<br><br>**ORDER DISMISSING CIVIL ACTION** |

       The Court has been advised that this action has been settled.

       The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 8, 2025

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.